FILED 23 JAN '25 16:39 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00028-AB |
| v. | **INDICTMENT** |
| ELDER MAURICIO-ACOSTA | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about December 12, 2024, in the District of Oregon, the defendant **ELDER MAURICIO-ACOSTA** did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction of the offense set forth in Count One of this indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or

derived from any proceeds obtained, directly or indirectly, as a result of the aforesaid violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation alleged in the offense set forth in Count One of this Indictment.

Dated: January 23, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:
NATALIE K. WIGHT
United States Attorney

CASSADY A. ADAMS, CO Bar #48807
Assistant United States Attorney